**Edward P. BAHR, Debtor, Appellant, v. FEDERAL LAND BANK OF OMAHA, a Corporation, et al.**

No. 12802.

Circuit Court of Appeals, Eighth Circuit.

May 1, 1944.

M. O. Cunningham, of Omaha, Neb., for appellant.

William W. Graham, of Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellees.

**Arthur H. BORWICK, Appellant, v. Elmer PODAS and Elmer Podas, Sole Owner of the Podas Foundry & Manufacturing Company, Appellees.**

No. 10777.

Circuit Court of Appeals, Ninth Circuit.

May 22, 1944.

Alan Franklin, of Los Angeles, Cal., for appellant.

Fred H. Miller, of Los Angeles, Cal., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed with costs in favor of the appellees and against the appellant, that a decree of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

**Lawrence CONLEY, Petitioner, v. Dr. M. J. PESCOR, Warden, etc.**

No. 12868.

Circuit Court of Appeals, Eighth Circuit.

May 8, 1944.

Lawrence Conley, pro se.

PER CURIAM.

Petition for allowance of appeal from District Court denied.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. NORTHWEST BANCORPORATION.**

No. 12655.

Circuit Court of Appeals, Eighth Circuit.

May 22, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

J. B. Faegre and Hayner N. Larson, both of Minneapolis, Minn., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States reversed without taxation of costs in favor of either of the parties in this Court and cause remanded with directions to enter a redetermination on the basis of the Commissioner's deficiency assessment, on motion of counsel for petitioner and consent of counsel for respondent.